UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL D. WRIGHT, ) | |
| ) | |
| Plaintiff, ) | Case No.: |
| ) | |
| v. ) | |
| ) | |
| ACXIOM INFORMATION SECURITY ) | |
| SERVICES, INC., ) | |
| ) | |
| Defendant. ) | |

## CORPORATE DISCLOSURE

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.4 of the Northern District of Alabama, Defendant Acxiom Information Security Services, Inc. ("AISS") states that its general nature and purpose is the provision of background reports as a consumer reporting agency. AISS is a wholly-owned subsidiary of Acxiom Corporation, a publicly traded corporation.

Respectfully submitted,

LIGHTFOOT, FRANKLIN & WHITE, L.L.C.

*Audrey E. Brown*
Audrey E. Brown

*Attorney for Defendant Acxiom Information Security Services, Inc.*

Dated:      January 13, 2011

OF COUNSEL:

James F. Hughey III
*jhughey@lightfootlaw.com*
Audrey E. Brown
*abrown@lightfootlaw.com*
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, Alabama  35203
(205) 581-0700
(205) 581-0799 (fax)

Alison Danaceau
*adanaceau@carltonfields.com*
One Atlantic Center
1201 West Peachtree Street, Suite 3000
Atlanta, GA  30309

## CERTIFICATE OF SERVICE

This is to certify that on this 13th day of January, 2011, a true and correct copy of the foregoing was served on counsel of record by hand delivery:

John G. Watts, Esq.
Watts Law Group, PC
The Kress Building
301 19th Street North
Birmingham, Alabama  35203


M. Stan Herring, Esq.
M. Stan Herring, P.C.
The Kress Building
301 19th Street North
Birmingham, Alabama  35203


_____
Audrey E. Brown