FILED
2011 Jan-21 PM 01:59
U.S. DISTRICT COURT
N.D. OF ALABAMA

| State of Alabama<br>Unified Judicial System<br>Form FIS-17  Rev. 1/89 | CIVIL COST BILL | Case Number  N.D. OF ALABAMA<br>CV  2010  903890<br>ID  YR  Number |
|---|---|---|

**IN THE CIRCUIT COURT OF JEFFERSON COUNTY**

**PLAINTIFF** MICHAEL D WRIGHT  **vs. DEFENDANT** ACXIOM INFORMATION SECURITY

**IN THE MATTER OF:** REMOVAL CV-11-HGD-0132-S

FILED
2011 JAN 20 A 11:18
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA ROOM 140
1729 5TH AVENUE NORTH
BIRMINGHAM AL 35203

### COSTS

| | PLAINTIFF AMOUNT | DEFENDANT AMOUNT | OTHER AMOUNT |
|---|---|---|---|
| 1. DOCKET FEE: CIRCUIT | $306.00 | | |
| 2. JURY DEMAND | $100.00 | | |
| 3. SERVICE FEES: | | | |
| EA. DEF. OVER ONE | | | |
| NON-RES. DEFEND. | | | |
| CERTIFIED MAIL | $6.49 | | |
| SUBPOENA FEE | | | |
| 4. WITNESS FEES (1.50/DAY .05/MILE) | | | |
| 5. POST JUDGMENT: | | | |
| ATTACHMENT | | | |
| GARNISHMENT | | | |
| EXECUTION | | | |
| 6. PUBLICATION | | | |
| 7. JUDGMENTS | | | |
| 8. PUBLIC LAW LIBRARY TAX | | | |
| 9. COST FROM LOWER COURT | | | |
| 10. OTHER: | | | |
| **TOTAL COSTS PAID** | **$412.49** | | |

I HEREBY CERTIFY THAT ALL ABOVE IS A TRUE AND CORRECT STATEMENT OF THE COSTS DUE IN THE SPECIFIED CASE.

JANUARY 14 , 2011
DATE ISSUED

*Anne-Marie Adams*
CLERK
ROOM 400, JEFFERSON COUNTY COURTHOUSE
BIRMINGHAM, ALABAMA 35203

(Original and Copy)COMPTROLLER    (Duplicate)CLERK