# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| **MICHAEL D. WRIGHT,** )<br>)<br>     **Plaintiff,** )<br>)<br>**v.** )<br>)<br>**ACXIOM INFORMATION SECURITY** )<br>**SERVICES, INC.,** )<br>)<br>     **Defendant.** ) | **Case No.: 2:11-cv-00132** |

### REPORT OF PARTIES' PLANNING MEETING

1. Pursuant to Fed.R.Civ.P. 26(f), a meeting was held on March 3, 2011 by telephone conference and follow up emails and was attended by:

**Attorneys for Plaintiff Michael D. Wright:**

John G. Watts
Watts Law Group, PC
The Kress Building
301 19th Street North
Birmingham, Alabama  35203

**Attorney for Defendant Acxiom Information Security Services, Inc.**

Alison Danaceau
Carlton Fields, P.A.
1201 West Peachtree Street
Suite 3000
Atlanta, Georgia  30309

2. Pre-Discovery Disclosures. The parties will exchange by   March 31, 2011 the information required by Fed.R.Civ.P. 26(a)(1).

3. Discovery Plan. The parties jointly propose to the court the following discovery plan:

a. Discovery will be needed on the following subjects:

Claims, damages, and defenses set forth in the Complaint and Answer.

18403193.118179970.1

- 2 -

    b.    All discovery (except expert witnesses) commenced in time to be completed by August 31, 2011.

    c.    Maximum of 40 interrogatories by each party to any other party.

    d.    Maximum of 40 requests for admission by each party to any other party.

    e.    Maximum of 40 requests for production by each party to any other party.

    f.    Maximum of 10 depositions by plaintiff(s) and 10 by defendant(s).

    g.    Each deposition [other than of expert witnesses] limited to maximum of 7 hours unless extended by agreement of parties.

    h.    Reports from retained experts under Rule 26(a)(2) due:

    From Experts by:  September 16, 2011

    From Rebuttal Experts by:  September 30, 2011

    Supplementations under Rule 26(e) due:   August 5, 2011.

    4.    <u>Other Items</u>.  N/A

    5.    The parties do not request a conference with the court before entry of the scheduling order.

    6.    Plaintiff should be allowed until April 15, 2011 to join additional parties and amend the pleadings.

    7.    Defendant should be allowed until May 15, 2011 to join additional parties and to amend the pleadings.

    8.    All potentially dispositive motions should be filed by November 4, 2011.

    9.    Settlement is possible and the parties are exploring this but not request a settlement conference at this time.

    10.    Final lists of witnesses and exhibits under Rule 26(a)(3) should be due:

    From Plaintiff and Defendant by:   January 2, 2011

    11.    Parties should have 14 days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

18403193.1

- 3 -

12. The case should be ready for trial by February 6, 2012 and at this time is expected to take approximately 4 days.

13. The parties do not request a scheduling conference.

Respectfully submitted this the 4th day of March 2011.

*/s/ John G. Watts*
John G. Watts (WAT056)
Watts Law Group, PC
The Kress Building
301 19th Street North
Birmingham, Alabama  35203
(205) 879-2447
(888) 522-7167 (fax)

***Attorney for Plaintiff Michael D. Wright***

*/s/ Alison Danaceau*
Alison Danaceau
[*admitted pro hac vice*]
Carlton Fields, P.A.
1201 West Peachtree Street
Suite 3000
Atlanta, Georgia  30309
(404) 815-3400
(404) 815-3415 (fax)

***Attorney for Defendant Acxiom Information Security Services, Inc.***

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the within and foregoing **REPORT OF PARTIES' PLANNING MEETING** upon all parties to the above-captioned action by using the ECF/CM filing system to:

> John G. Watts, Esq.
> Watts Law Group, PC
> The Kress Building
> 301 19th Street North
> Birmingham, Alabama 35203
>
> M. Stan Herring, Esq.
> M. Stan Herring, P.C.
> The Kress Building
> 301 19th Street North
> Birmingham, Alabama 35203
>
> Audrey E. Brown, Esq.
> Lightfoot, Franklin & White, LLC
> 400 20th Street North
> Birmingham, Alabama 35203

This 4th day of March, 2011.

>                                         */s/ Alison Danaceau*
>                                         Alison Danaceau

18403193.1