FILED
2011 May-04 PM 04:20
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL D. WRIGHT, ) | |
| ) | |
| Plaintiff ) | |
| ) | Case No. 2:11-cv-00132-HGD |
| v. ) | |
| ) | |
| ACXIOM INFORMATION ) | |
| SECURITY SERVICES, INC. ) | |
| ) | |
| Defendant ) | |

MOTION FOR SUBSTITUTION OF COUNSEL

Defendant Acxiom Information Security Services, Inc., ("AISS") respectfully requests that the Court grant its request for substitution of counsel in connection with the above matter. AISS has been represented by Alison Danaceau who was previously with the law firm of Carlton Fields, P.A. Recently, Alison Danaceau joined the law firm of Bodker, Ramsey, Andrews, Winograd & Wildstein, P.C., in Atlanta, Georgia. AISS wishes to continue to have Alison Danaceau represent it in connection with this matter. Therefore, AISS respectfully requests that the law firm of Carlton Fields, P.A. be permitted to withdraw as counsel, thereby relieving Carlton Fields, P.A. of all further responsibility in the representation of AISS in the above-referenced matter. Substitute counsel's

address, phone number and bar number are as follows: Alison Danaceau, Georgia Bar No. 203755, Bodker, Ramsey, Andrews, Winograd & Wildstein, P.C., One Securities Center, 3490 Piedmont Road, N.E., Suite 1400, Atlanta, Georgia 30305. All further pleadings, orders and notices should be sent to substitute counsel.

Respectfully submitted this 2nd day of May, 2011.

| CARLTON FIELDS, P.A. | BODKER, RAMSEY, ANDREWS, WINOGRAD & WILDSTEIN, P.C. |
|---|---|
| By: /s/ Walter H. Bush | By: /s/ Alison Danaceau |
| Walter H. Bush | Alison Danaceau |
| Georgia Bar No. 098825 | Georgia Bar No. 203755 |
| *Former Attorney for Defendant Acxiom Information Security Services, Inc.* | *Current Attorney for Defendant Acxiom Information Security Services, Inc.* |
| 1201 W. Peachtree Street, N.E. Suite 3000 Atlanta, Georgia 30309 404.815.3400 404.815.3415 (facsimile) | One Securities Centre 3490 Piedmont Road Suite 1400 Atlanta, Georgia 30305 404.351.1615 404.352.1285 (facsimile) adanaceau@brawwlaw.com |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL D. WRIGHT, | ) |
| | ) |
| Plaintiff | ) |
| | ) Case No. 2:11-cv-00132-HGD |
| v. | ) |
| | ) |
| ACXIOM INFORMATION | ) |
| SECURITY SERVICES, INC. | ) |
| | ) |
| Defendant | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day served the party listed below with a true and correct copy of the foregoing "Notice of Substitution of Counsel," upon all parties in the above-captioned action by using the ECF/CM filing system to:

> John G. Watts
> Watts Law Group, P.C.
> The Kress Building
> 301 19th Street North
> Birmingham, Alabama 35203

> M. Stan Herring, Esq.
> M. Stan Herring, P.C.
> The Kass Building
> 301 19th Street North
> Birmingham, Alabama 35203

This 4th day of May, 2011.

                                      BODKER, RAMSEY, ANDREWS,
                                      WINOGRAD & WILDSTEIN, P.C.

                                      By:/s/ Alison Danaceau
                                          Alison Danaceau

One Securities Centre            Georgia Bar No. 203755
3490 Piedmont Road
Suite 1400
Atlanta, Georgia 30305
404.351.1615
404.352.1285 (facsimile)
adanaceau@brawwlaw.com