FILED
2011 Oct-26 PM 01:43
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL D. WRIGHT, | ) |
| Plaintiff | ) ) ) ) |
| v. | ) Case No. 2:11-cv-00132-HGD ) |
| ACXIOM INFORMATION SECURITY SERVICES, INC. | ) ) ) ) |
| Defendant | ) |

## STIPULATION TO DISMISS

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff Michael Wright and Defendant Acxiom Information Security Services, Inc., hereby stipulate to the dismissal of the above-styled action with prejudice. Each party shall bear its own attorneys' fees, costs and expenses.

So stipulated, this 26th day of October, 2011.

8355554.1

| | |
|---|---|
| BODKER, RAMSEY, ANDREWS, WINOGRAD & WILDSTEIN, P.C. | WATTS LAW GROUP, PC |
| */s/ Alison Danaceau* | */s/ John G. Watts* |
| Alison Danaceau<br>Georgia Bar No. 203755<br>Jacob A. Maurer<br>Georgia Bar No. 417551<br>One Securities Centre<br>3490 Piedmont Road, Suite 1400<br>Atlanta, GA 30305-4808<br>404.351-1615 Telephone<br>404.352-1285 Facsimile<br>adanaceau@brawwlaw.com | John G. Watts, Esq.<br>The Kress Building<br>301 19th Street North<br>Birmingham, Alabama 35203<br>(888) 522-7167 facsimile<br><br>*Attorneys for Plaintiff Michael Wright* |

and

Audrey E. Brown
LIGHTFOOT, FRANKLIN & WHITE, LLC
400 20th Street North
Birmingham, AL 35203
(205) 949-6387
(205) 380-9367 (fax)
abrown@lightfootlaw.com

*Attorneys for Defendant*
*Acxiom Information Security Services, Inc.*