FILED
2011 Oct-31  AM 09:09
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL D. WRIGHT,            ) | |
| )  | |
| Plaintiff   ) | |
| )  | |
| vs.   ) | Case No.  2:11-cv-00132-HGD |
| )  | |
| ACXIOM INFORMATION   ) | |
| SECURITY SERVICES, INC.,   ) | |
| )  | |
| Defendant   ) | |

## DISMISSAL ORDER

Pursuant to the Stipulation to Dismiss filed by the parties (Doc. 10), it is ORDERED, ADJUDGED and DECREED that this action is due to be and hereby is DISMISSED WITH PREJUDICE, each party to bear its own costs, fees and expenses.

DONE this 31st day of October, 2011.

*Robert B. Propst*
_____
**ROBERT B. PROPST**
**SENIOR UNITED STATES DISTRICT JUDGE**